**F I L E D**

SEP 22 2009
**SEP 2 2 2009**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **SENTINEL MANAGEMENT GROUP, INC.** | ) **Case No. 07 B 14987** |
| | ) |
| Debtor. | ) Hon. John H. Squires |
| | ) |
| **FREDERICK J. GREDE,** not individually but as Liquidation Trustee and Representative of the Estate of Sentinel Management Group, Inc., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) **ADV. NO. 09-00521** |
| | ) |
| **UBS SECURITIES, LLC** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### MOTION OF UBS SECURITIES, LLC TO WITHDRAW THE REFERENCE

UBS Securities, LLC ("UBS") hereby moves the United States District Court for

the Northern District of Illinois ("District Court") for entry of an order withdrawing the

reference with respect to this adversary proceeding from the United States Bankruptcy

Court for the Northern District of Illinois (the "Bankruptcy Court") to the District Court.

In support thereof, UBS respectfully states as follows:

1.    The Trustee commenced the above-captioned Adversary Proceeding on

June 24, 2009 ("UBS Adversary"). UBS filed its Answer to the Complaint on August 21,

2009.

2.    In 2008, the Trustee commenced adversary proceedings (collectively,

together with this adversary proceeding, the "Seg 1 Cases") against fourteen other

similarly situated defendants (collectively, together with UBS, the "Seg 1 Defendants" or "Seg 1 FCMs").

3.       In the UBS Adversary the Trustee is seeking to recover an allegedly fraudulent conveyance pursuant to 11 U.S.C. § 548. In each of the other Seg 1 cases the Trustee is seeking to recover allegedly preferential transfers pursuant to 11 U.S.C. § 547 and allegedly unauthorized post petition transfers pursuant to 11 U.S.C. § 549. Regardless of whether the Trustee is seeking to recover an alleged preference, fraudulent conveyance or unauthorized post-petition transfer, in each and every Seg 1 Case the court will have to determine whether the transfer the Trustee is seeking to recover constitutes a transfer of property of the Debtor's estate.

4.       Withdrawal of the reference from the Bankruptcy Court is mandatory under 28 U.S.C. § 157(d) because the UBS Adversary, similar to each other Seg 1 Case, requires the consideration of open and unresolved issues regarding the interpretation and implementation of Federal, non-bankruptcy securities and commodities law. Specifically, a pivotal issue raised by the complaint filed by the Trustee in each Seg 1 Case, the ownership of customer funds, will be determined based upon the interpretation and implementation of the Commodity Exchange Act, 7 U.S.C. §§1 to 27f *et seq.* (the "CEA"), and the rules and regulations of the Commodities Futures Trading Commission ("CFTC"), 17 C.P.R. § § 1.10 to 190.10 *el seq.*[1]

---

[1]   In each of the Seg 1 Cases, the applicable Seg 1 Defendant moved to withdraw the reference. Through an order of the District Court's Executive Committee, each Seg 1 Case was found to be related to an action pending before the Honorable James B. Zagel, namely, <u>Grede v. The Bank of New York</u>, Docket No. 08 C 2582 (the "BONY Case"). Consequently, each of the Seg 1 Cases was assigned to Judge Zagel under the BONY Case. A copy of the Executive Committee's Orders dated February 20, 2009 and July 17, 2009 are attached hereto as Exhibit 1.

5.    The Seg 1 Defendants, including UBS, are futures commission merchants ("FCM") registered with the CFTC. Generally, an FCM is a broker that trades futures contracts for its customers. Customers deposit cash or securities with their FCM broker to serve as margin for the customers' trades. Pursuant to section 6d of the CEA, and the rules and regulations of the CFTC, property deposited by customers with an FCM is the property of the customer that deposited the funds and must be kept segregated from the FCM's own property in a customer segregated account. *See* 7 U.S.C. §§ 6d(a)(2) 6d(b); 17 C.F.R. §§ 1.3(gg), 1.25 and 1.26(a).  Sentinel Management Group, Inc., the above captioned debtor ("Sentinel" or the "Debtor"), was registered with the CFTC as an FCM but did not act as a broker for futures contracts. Rather, as a registered FCM, the Debtor was eligible to hold and invest the customer segregated margin deposits for other FCMs.

6.    The key issue that must be settled in the Seg 1 Cases, the ownership of customer funds transferred by Sentinel, will turn on the interpretation and application of the CEA and related CFTC regulations. Specifically, resolution of the Seg 1 Cases will require the resolution of two issues of apparent first impression, both of which require withdrawal of the reference: (i) whether section 6d of the CEA and the related CFTC regulations create a statutory trust with respect to margin funds deposited by customers of

| Case Name | Adversary Proceeding Docket No. | District Court Docket No. |
|---|---|---|
| Grede v. Penson Financial Futures, Inc. | 08 A 755 | 09-cv-101 |
| Grede v. IFX Markets, Inc. | 08 A 751 | 09-cv-115 |
| Grede v. Farr Financial | 08 A 749 | 09-cv-120 |
| Grede v. Cadent Financial | 08 A 879 | 09-cv-127 |
| Grede v. Rand Financial | 08 A 880 | 09-cv-128 |
| Grede v. Country Hedging | 08 A 745 | 09-cv-130 |
| Grede v. Peregrine Financial Group, Inc. | 08 A 752 | 09-cv-134 |
| Grede v. Velocity Futures | 08 A 753 | 09-cv-135 |
| Grede v. FCStone | 08 A 754 | 09-cv-136 |
| Grede v. American National Trading | 08 A 744 | 09-cv-137 |
| Grede v. Fortis Clearing Americas | 08 A 743 | 09-cv-138 |
| Grede v. Crossland LLC | 08 A 747 | 09-cv-140 |
| Grede v. Trademaven Clearing LLC | 08 A 965 | 09-cv-3863 |

3

FCMs such that customers' deposits are not property of a bankrupt FCM or related depository, and (ii) whether, under section 6d of the CEA and CFTC Rule 1.20, a transfer of property to a customer segregated account maintained by an FCM to hold its customers' margin deposits is a transfer of property to the FCM itself.

7.     The Seg 1 Defendants are aware of no law interpreting the CEA and CFTC regulations in the context of a bankruptcy adversary proceeding or other action to determine property of the estate. Therefore, withdrawal of the reference is mandatory because the Seg 1 Cases require the consideration of open and unresolved issues of Federal, non-bankruptcy law.

8.     Alternatively, the District Court should exercise its discretion to withdraw the reference "for cause shown" because of the risk of inconsistent judgments with another adversary proceeding originally brought in Sentinel's bankruptcy case which has already been withdrawn to the District Court: Grede v. The Bank of New York et al., 08-A-00127 (Bankr. N.D. Ill. March 3, 2008). That adversary proceeding involves the exact same legal questions and transactions at issue in the Seg 1 Cases, namely whether transfers made to the Seg 1 Defendants were customer property, or property of Sentinel's bankruptcy estate. Given the similarity of the issues and facts, and the inevitable overlap in discovery, judicial economy favors discretionary withdrawal of the reference. The District Court has also withdrawn the reference in another related proceeding, Grede v. McGladrey & Pullen LLP et al., 08 A 00167 (Bankr. N.D. Ill. March 20, 2008) which involves issues related to the Seg 1 Cases. Due to the District Court's familiarity with the issues in those related proceedings, which involve the same transactions at issue in this

adversary proceeding, the risk of inconsistent judgments, and judicial economy, the District Court should exercise its discretion to withdraw the reference for cause.

9.     This risk of inconsistent judgments is very significant and a recent hearing before the Bankruptcy Court demonstrates that the risk is very real. The District Court (Zagel, J.) recently ruled in the BONY Case that the Trustee <u>does not</u> have standing to assert claims assigned to him by certain Sentinel customers (the "Settling Customers") pursuant to Sentinel's Fourth Amended Plan of Liquidation (the "Plan"). See <u>Grede v. The Bank of New York et al.</u>, 2009 WL 2244605 *6 (N.D. Ill July 28, 2009. Addressing the exact same issue in the Seg 1 Cases, Judge Squires in the Bankruptcy Court declined to follow Judge Zagel's ruling and held that the Trustee <u>does</u> have standing to bring claims assigned to him by the Settling Customers under the Plan. <u>See</u> *Transcript of Proceedings Before the Honorable John H. Squires* in Case No. 07 B 14987, dated September 1, 2009, at pp 5-6, a copy of which is attached to UBS's Memorandum in Support as <u>Exhibit B</u>.

10.     At this stage in the litigation of these related cases, we now have rulings on the same issue that are directly contrary. The Bankruptcy Court's contrary ruling will now require the defendants in the Seg 1 Cases to expend additional time and effort defending claims the District Court dismissed on standing grounds. Allowing two courts to address the same legal and factual issues will lead to more inconsistent rulings that will prejudice the litigants.

11.     In addition, the District Court should withdraw the reference to the Bankruptcy Court because UBS is entitled to a jury trial and has not consented to the

conduct of such trial by the Bankruptcy Court. If a party has the right to a jury trial and does not consent to a jury trial before the bankruptcy judge, cause for withdrawal exists.

12.    In further support of its motion to withdraw the reference, UBS has filed a Memorandum of Law in support of its motion to withdraw the reference. The memorandum is substantially similar to the memorandum filed by the other Seg 1 Defendants.

WHEREFORE, UBS respectfully requests that the District Court enter an Order withdrawing the reference of this action from the Bankruptcy Court and granting such additional relief as the District Court deems just or appropriate.

Dated: September 18, 2009

Respectfully submitted,

**UBS SECURITIES, LLC**

By: /s/ Michael K. Desmond
One of Its Attorneys

*Local Counsel for UBS Securities, LLC.*

Peter A. Silverman (#6196081)
Michael K. Desmond (#6208809)
Figliulo & Silverman
10 S. LaSalle Street, Suite 3600
Chicago, IL, 60603
(312) 251-4600

*Counsel For UBS Securities, LLC.*

Alan E. Marder
Jil Mazer-Marino
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530-9194
Tel: (516) 741-6565
Fax: (516) 741-6706

## CERTIFICATE OF SERVICE

The undersigned attorney states that he caused a copy of the attached

**MOTION OF UBS SECURITIES, LLC TO WITHDRAW THE REFERENCE**

To be served upon counsel listed below via Electronic Notification by the District Court's
ECF Filing System on September 18, 2009.


/s/ Michael K. Desmond


COUNSEL:

Catherine L. Steege
Chris C. Gair
Vincent E. Lazar
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL  60611

733405

# EXHIBIT 1

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 9 of 21 PageID #:9
Case 09-00521    Doc 1    Filed 09/18/09    Entered 09/18/09 13:17:35    Desc Exhibit
1    Page 2 of 14
Case 1:09-cv-00101    Document 8    Filed 02/20/2009    Page 1 of 1

# United States District Court
# Northern District of Illinois

*Judge Zagel*

In the Matter of

FREDERICK J. GREDE

v.

PENSON FINANCIAL FUTURES,
ET AL

Case No. 09 C 101

Designated Magistrate Judge
~~Arlander Keys~~ Schenkier

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to 08 C 2582 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge James B. Zagel

Dated: February 19, 2009

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: **FEB 2 0 2009**

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 10 of 21 PageID #:10
Case 09-00521 Doc 1 Filed 09/18/09 Entered 09/18/09 13:17:35 Desc Exhibit
1 Page 3 of 14
Case 1:09-cv-00115 Document 11 Filed 02/20/2009 Page 1 of

# United States District Court
# Northern District of Illinois

In the Matter of

FREDERICK J. GREDE

v.

Case No. 09 C 115

IFX MARKETS, ET AL

Designated Magistrate Judge
~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge James B. Zagel

Dated: February 19, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: FEB 2 0 2009

Finding of Relatedness (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 11 of 21 PageID #:11
Case 09-00521   Doc 1   Filed 09/18/09   Entered 09/18/09 8:17:35   Desc Exhibit
1   Page 4 of 14
Case 1:09-cv-00135   Document 12   Filed 02/20/2009   Page 1 of 1

# United States District Court
# Northern District of Illinois

In the Matter of

FREDERICK J. GREDE

v.

Case No. 09 C 135

VELOCITY FUTURES, LP

Designated Magistrate Judge
~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge James B. Zagel

Dated: February 19, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: **FEB 2 0 2009**

Finding of Relatedness (Rev. 9/99)

# United States District Court
# Northern District of Illinois

In the Matter of

FREDERICK J. GREDE

v.                                                    Case No. 09 C 120

FARR FINANCIAL, INC                                   Designated Magistrate Judge
                                                      ~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge James B. Zagel

Dated: February 19, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: **FEB 2 0 2009**

Finding of Relatedness (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 13 of 21 PageID #:13
Case 09-00521 Doc 1 Filed 09/18/09 Entered 09/18/09 18:17:35 Desc Exhibit
1 Page 6 of 14
Case 1:09-cv-00127 Document 11 Filed 02/20/2009 Page 1 of 1

# United States District Court
# Northern District of Illinois

In the Matter of

FREDERICK J. GREDE

v.

CADENT FINANCIAL, ET AL

Case No. 09 C 127

Designated Magistrate Judge
~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to 08 C 2582 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: February 19, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB 2 0 2009

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 14 of 21 PageID #:14
Case 09-00521 Doc 16 Filed 09/18/09 Entered 09/18/09 8:17:35 Desc Exhibit
1 Page 7 of 14
Case 1:09-cv-00128 Document 11 Filed 02/20/2009 Page 1 of 1

# United States District Court
# Northern District of Illinois

*Judge Zagel*

In the Matter of

FREDERICK J. GREDE

v.                                                    Case No. 09 C 128

RAND FINANCIAL SERVICES, INC                          Designated Magistrate Judge
                                                      ~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Matthew F. Kennelly to be related to 08 C 2582 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: February 19, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **FEB 2 0 2009** _____

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 15 of 21 PageID #:15
Case 09-00521   Doc 1●      Filed 09/18/09   Entered 09/18/09 8:17:35   Desc Exhibit
1   Page 8 of 14
Case 1:09-cv-00130    Document 12    Filed 02/20/2009    Page 1 of 1

C4H

# United States District Court
# Northern District of Illinois

*Judge Zagel*

In the Matter of

FREDERICK J. GREDE

v.

COUNTRY HEDGING, INC.

Case No. 09 C 130

Designated Magistrate Judge ~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*James B. Zagel*
Judge James B. Zagel

Dated: February 19, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*
Chief Judge James F. Holderman

Dated: **FEB 2 0 2009**

Finding of Relatedness  (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 16 of 21 PageID #:16

Case: 1:09-09531 Doc 1    Filed 09/18/09    Entered 09/18/09 8:17:35    Desc Exhibit
1    Page 9 of 14
Case 1:09-cv-00134    Document 12    Filed 02/20/2009    Page 1 of 1

# United States District Court
# Northern District of Illinois

*Judge Zagel*

In the Matter of


FREDERICK J. GREDE

v.                                              Case No. 09 C 134

PEREGRINE FINANCIAL GROUP                       Designated Magistrate Judge
                                                ~~Arlander Keys~~ Schenkier


## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel


Dated: February 19, 2009


## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman


Dated: **FEB 2 0 2009**


Finding of Relatedness (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 17 of 21 PageID #:17
Case 09-00521 Doc 1 Filed 09/18/09 Entered 09/18/09 3:17:35 Desc Exhibit
1 Page 10 of 14
Case 1:09-cv-00137 Document 13 Filed 02/20/2009 Page 1 of 1

# United States District Court
# Northern District of Illinois

*Judge Zagel* *96*

In the Matter of

FREDERICK J. GREDE

v.

AMERICAN NATIONAL TRADING

Case No. 09 C 137

Designated Magistrate Judge
~~Arlander Keys~~ *Schenkier*

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*James B. Zagel*

Judge James B. Zagel

Dated: February 19, 2009

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*

Chief Judge James F. Holderman

Dated: **FEB 2 0 2009**

Finding of Relatedness (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 18 of 21 PageID #:18
Case 09-00521 Doc 1 Filed 09/18/09 Entered 09/18/09 8:17:35 Desc Exhibit
1 Page 11 of 14
Case 1:09-cv-00138 Document 22 Filed 02/20/2009 Page 1 of 1

# United States District Court
# Northern District of Illinois

In the Matter of

FREDERICK J. GREDE

v.                                                    Case No. 09 C 138

FORTIS CLEARING AMERICAS                 Designated Magistrate Judge
                                         ~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

    In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: February 19, 2009

---

## ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB 2 0 2009 _____

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 19 of 21 PageID #:19
Case 09-00521 Doc 1 Filed 09/18/09 Entered 09/18/09 3:17:35 Desc Exhibit
1 Page 12 of 14
Case 1:09-cv-00140 Document 12 Filed 02/20/2009 Page 1 of 1

# United States District Court
# Northern District of Illinois

*Judge Zagel* *CH*

In the Matter of

FREDERICK J. GREDE

v.

Case No. 09 C 140

CROSSLAND, LLC

Designated Magistrate Judge
~~Arlander Keys~~ Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to 08 C 2582 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*James B. Zagel*

Judge James B. Zagel

Dated: February 19, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel.**

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*James F. Holderman*

Chief Judge James F. Holderman

Dated: FEB 2 0 2009

Finding of Relatedness (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 20 of 21 PageID #:20
Case 09-00521   Doc 1●   Filed 09/18/09   Entered 09/18/0●●:17:35   Desc Exhibit
Case 1:09-cv-03863   Document ●● Filed 07/17/2009   Page 1 of 14
1   Page 13 of 14



# United States District Court
# Northern District of Illinois

In the Matter of

**Grede**

v.                                    Case No. 09 C 3863

**TradeMaven Clearing LLC**          Designated Magistrate Judge
                                      Sidney I. Schenkier

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ronald A. Guzman** to be related to **08 C 2582** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge James B. Zagel

Dated: July 16, 2009

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: 7/17/09

Finding of Relatedness  (Rev. 9/99)

Case: 1:09-cv-05880 Document #: 1 Filed: 09/22/09 Page 21 of 21 PageID #:21
Case 09-00521   Doc 1   Filed 09/18/09   Entered 09/18/09 13:17:35   Desc Exhibit
1   Page 14 of 14
Case 1:09-cv-00136   Document 12   Filed 03/24/2009   Page 1 of 1

# United States District Court
## Northern District of Illinois

In the Matter of

**SENTINEL MANAGEMENT GROUP, INC.**

v.                                 Case No. 09 C 136

**F C STONE LLC**                    Designated Magistrate Judge
                                        Sidney I. Schenkier

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **08 C 2205** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge James B. Zagel

Dated: March 23, 2009

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **James B. Zagel**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: MAR 2 4 2009